**DISMISS and Opinion Filed October 14, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-24-00894-CV

## IN THE INTEREST OF Z.F., A CHILD

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-50298-2020**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Smith
Opinion by Justice Smith

The clerk's record in this case has not been filed. By letter dated September 9, 2024, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, verification appellant (1) had either paid for or made arrangements to pay for the clerk's record, or (2) was entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not provided the required

documentation, or otherwise corresponded with the Court regarding the status of this appeal.[1]

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/Craig Smith/
CRAIG SMITH
JUSTICE

240894F.P05

---

[1] Appellant filed a docketing statement in this Court on October 7, 2024. In the statement, appellant indicated no payment arrangements for the clerk's record had been made and that appellant had not filed a statement of inability to pay.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF Z.F., A CHILD

No. 05-24-00894-CV

On Appeal from the 401st Judicial District Court, Collin County, Texas Trial Court Cause No. 401-50298-2020.
Opinion delivered by Justice Smith. Chief Justice Burns and Justice Molberg participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered October 14, 2024.